THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Calvin Todd Morgan,       
Appellant.
 
 
 

Appeal From Cherokee County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-085
Submitted December 23, 2003  Filed February 12, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak,, of Columbia 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Calvin Todd Morgan appeals 
 from his guilty plea to one count of assault and battery with intent to kill 
 (ABWIK).  Morgans appellate counsel has petitioned to be relieved as counsel, 
 stating he has reviewed the record and has concluded Morgans appeal is without 
 merit.  The sole issue briefed by counsel concerns whether the circuit court 
 erred in in accepting his guilty plea, arguing it was not freely and voluntarily 
 given.  In a separate pro se brief, Derrick argues his trial counsel 
 represented him under a conflict of interest.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Morgans appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.